# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM KANUPP,**

            **Plaintiff,**

**-vs-**                                    **Case No. 6:06-cv-1787-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

            **Defendant.**
_____

## ORDER

This cause comes before the Court on Plaintiff's Complaint for review of the final decision of the Commissioner denying the Plaintiff's Social Security benefits (Doc. No. 1) filed November 21, 2006.

On December 31, 2007, the United States Magistrate Judge issued a report (Doc. No. 16) recommending the decision of the Commissioner be reversed and that the case be remanded for further review. . No objections have been filed.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 31, 2007, (Doc. No. 16) is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The decision of the Commissioner is **REVERSED** and the case is remanded for further proceedings.

3. The Clerk is directed to issue judgment for the plaintiff and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 22nd day of January, 2008.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**