**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM KANUPP,**

                **Plaintiff,**

-vs-                                      **Case No. 6:06-cv-1787-Orl-31KRS**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D) (Doc. No. 18)** |
| **FILED:** | **April 22, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The plaintiff, William Kanupp, seeks an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on January 23, 2008. Doc. No. 18. An award of fees is, therefore, ripe for consideration.

Kanupp's attorney seeks $4,947.53 in attorney's fees for 29.9 hours of work: 4.1 hours of work performed in 2006; and 25.8 hours of work performed in 2007 and 2008. Doc. No. 19-3. The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated under the

statute, which courts may adjust upward based on changes in the Consumer Price Index (CPI). 28 U.S.C. § 2412(d)(2)(A). Kanupp has presented an analysis of changes in the CPI that supports adjustment of the rate in this case to $162.57 per hour for work performed in 2006, and $165.93 for work performed in 2007 and 2008. Doc. No. 18-2. This would lead to an award of $666.54 for work performed in 2006, and $4,280.99 for work performed in 2007 and 2008, for a total award of $4,947.53. The defendant, the Commissioner of Social Security, has not filed a response and the time for doing so has passed. Therefore, I construe the motion as unopposed.

After reviewing the papers submitted by Kanupp, I find that the fees requested are appropriate in the absence of objection.

Kanupp submitted an Assignment by which she assigned any attorney's fees awarded by the Court to Attorney Fugate. Doc. No. 19-4. Accordingly, it is **RECOMMENDED** that the Court order the Commissioner pay to Attorney Fugate $4,947.53 in attorney's fees.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 6, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Courtroom Deputy