# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM KANUPP,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1787-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Attorney's Fees (Doc. No. 19) filed April 22, 2008.

On June 6, 2008, the United States Magistrate Judge issued a report (Doc. No. 22) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Attorney's Fees is **GRANTED**. The Commissioner of Social Security is directed to pay attorney Shea Fugate $4,947.53 in attorney's fees pursuant to the Equal Access to Justice Act (EAJA) under 28 U.S.C. § 2412.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 24th day of June, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE